AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.
BLACKSTON, JOI A

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 4:26-PO-00293-AGH
Case No. GM1 E2722730
USM No.

Jessica Lee
Defendant's Attorney

**THE DEFENDANT:** BLACKSTON, JOI A

☑ **THE DEFENDANT** pleaded guilty to count(s) 2

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-15 | SUSPENDED REGISTRATION | 05/11/2026 | 1 |
| OCGA § 40-6-181 | EXCESSIVE SPEED (58/35) reduced (38/25) | 05/11/2026 | 2 |
| OCGA § 40-6-10(b) | NO INSURANCE | 05/11/2026 | 3 |

☑ Count(s) 1 (E2722731) & 3 (E2722732) ☐ is ☑ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $340.00 | $ 10.00 | $ 300.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 0431

Defendant's Year of Birth: 2001

City and State of Defendant's Residence:
COLUMBUS, GA

08/26/2026
Date of Imposition of Judgment

Signature of Judge

Amelia G. Helmick, US Magistrate Judge
Name and Title of Judge

08/26/2026
Date